JAMES E. DOROSHOW - SBN 112920   Tel. 310-598-4150
ASHE PURI - SBSN 297814   Fax 310-556-9828
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA  90067-1506

Attorneys for Plaintiff, GEZ AGOLLI, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZ AGOLLI, individually and d/b/a PROGRESSIVE MEDICAL MANAGEMENT,<br><br>                          Plaintiff(s),<br>      v.<br>CA PROGRESSIVE MEDICAL CENTERS, INC., et al.,<br><br>                          Defendant(s). | CASE NUMBER<br>2:17-cv-04665-GW-JCx<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) MARK M. MARTIN, an individual
With Prejudice
is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff GEZ AGOLLI, etc.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 16, 2017                       s/James E. Doroshow
       *Date*                              *Signature of Attorney/Party*
                                       Fox Rothschild LLP
                                       Attorneys for Plaintiff GEZ AGOLLI, individually and d/b/a PROGRESSIVE MEDICAL MANAGEMENT

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

